UNITED STATES of America,
Plaintiff–Appellee,

v.

Javier SANCHEZ–SANCHEZ, a.k.a. Edgar Garcia Suarez, a.k.a. Edgar Sanchez Suarez, a.k.a. Julio Cesar Deconstancia, a.k.a. Hoskar Rangel, Defendant–Appellant.

No. 04–12585.
D.C. Docket No. 03–00748 CR–1–1.

United States Court of Appeals,
Eleventh Circuit.

May 24, 2005.

Yonette Sam–Buchanan, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Nicole Marie Kaplan, Stephanie Kearns, Federal Public Defender, Atlanta, GA, for Defendant–Appellant.

Before TJOFLAT and KRAVITCH, Circuit Judges and LIMBAUGH,* District Judge.

PER CURIAM.

AFFIRMED. *See* 11th Cir. R. 36–1.[1]

---

* Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri, sitting by designation.

1.  11th Cir. R. 36–1 provides:

When the court determines that any of the following circumstances exist:
  (a) judgment of the district court is based on findings of fact that are not clearly erroneous;

(b) the evidence in support of a jury verdict is sufficient;

(c) the order of an administrative agency is supported by substantial evidence on the record as a whole;

(d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;

(e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.